# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| Anthony Webster, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00117 |
| Bradford-Scott Data, LLC d/b/a Sharetec ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Anthony Webster                                                                                                                                              .

Date:     03/14/2024                                                        /s/ Lynn A. Toops
                                                                                       *Attorney's signature*

                                                                              Lynn A. Toops, No. 26386-49
                                                                              *Printed name and bar number*

                                                                              Cohen & Malad, LLP
                                                                              One Indiana Square, Suite 1400
                                                                              Indianapolis, Indiana 46204
                                                                              *Address*

                                                                              ltoops@cohenandmalad.com
                                                                              *E-mail address*

                                                                              (317) 636-6481
                                                                              *Telephone number*

                                                                              (317) 636-2593
                                                                              *FAX number*