# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| Anthony Webster, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00117 |
| Bradford-Scott Data, LLC d/b/a Sharetec | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Anthony Webster.

Date:   03/14/2024

/s/ Amina A. Thomas
*Attorney's signature*

Amina A. Thomas, No. 34451-49
*Printed name and bar number*

Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
*Address*

athomas@cohenandmalad.com
*E-mail address*

(317) 636-6481
*Telephone number*

(317) 636-2593
*FAX number*