## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| **ANTHONY WEBSTER,** on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**BRADFORD-SCOTT DATA, LLC d/b/a SHARETEC,**<br><br>        Defendant. | Case No. 1:24-cv-00117 |

### NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to N.D. Ind. Local Rule 6-1(b), Defendant Bradford-Scott Data, LLC d/b/a Sharetec ("Defendant"), by and through its undersigned counsel, hereby submits this Notice of Automatic Initial Extension of Time to Respond to Plaintiff's Class Action Complaint ("Complaint").

    1.    On March 14, 2024, Plaintiff filed his Complaint in the United States District Court for the Northern District of Indiana, Fort Wayne Division.

    2.    On March 21, 2024, Plaintiff effectuated service on Defendant.

    3.    Defendant's original responsive pleading deadline is April 11, 2024, and this deadline has not previously been extended.

    4.    Defendant conferred with Plaintiff's counsel and Plaintiff's counsel agreed to Defendant invoking the automatic initial extension pursuant to N.D. Ind. L.R. 6-1(b) of 28 days.

    5.    Therefore, the extension invoked is for 28 or fewer days pursuant to N.D. Ind. L.R. 6-1(b)(2).

6.  Defendant's new responsive pleading deadline is Thursday, May 9, 2024.

Respectfully submitted this 9th day of April 2024.

/S/ Claudia D. McCarron
Claudia D. McCarron*
Michael Jervis (motion for *pro hac vice* admission forthcoming)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA  19333
(267) 930-4787 / (267) 930-2098
cmccarron@mullen.law
mjervis@mullen.law

*Counsel for Defendant Bradford-Scott Data, LLC d/b/a Sharetec*

*Admitted in Indiana on 09/22/2015

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, the foregoing was electronically filed using the CM/ECF system which will send notification of such filing to all counsel of record.

BY:   /S/ Claudia D. McCarron
      Claudia D. McCarron