**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| ANTHONY WEBSTER AND MARK SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD-SCOTT DATA, LLC d/b/a SHARETEC,<br><br>Defendant. | No. 1:24-cv-00117-HAB-ALT |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET FINAL APPROVAL HEARING**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Anthony Webster and Mark Smith ("Plaintiffs") on behalf of themselves and all others similarly situated ("Class Members" or "putative Class Members"), now respectfully move on an unopposed basis for an Order: (1) conditionally certifying a Settlement Class, for purposes of settlement only; (2) preliminarily approving a proposed class action settlement with Defendant, the terms of which are set forth in the Settlement Agreement ("Settlement Agreement" or "SA") attached hereto as Exhibit 1; (3) approving the proposed Notice Program, including appointing Simpluris as Claims Administrator and approving the form and method of Notice to the proposed Settlement Class; (4) conditionally Amina A. Thomas of CohenMalad LLP, Grayson Wells of Stranch Jennings & Garvey PLLC, Brittany Resch of Strauss Borrelli PLLC, and Gary M. Klinger of Milberg PLLC; (5) conditionally appointing Plaintiffs Anthony Webster and Mark Smith as Class Representatives; and (6) scheduling a hearing date for the final consideration of the Settlement Agreement at least one hundred and twenty (120) days after the Preliminary Approval Order is entered.

Defendant does not oppose this motion.[1]

Therefore, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing in approximately 120 days.

Dated: February 25, 2026

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Amina A. Thomas (No. 34451-49)
**COHENMALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
athomas@cohenmalad.com

Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

Brittany Resch*
**STRAUSS BORRELLI PLLC**
908 N. Michigan Avenue, Suite 1610
Chicago IL 60611
Tel: (872) 263-1100
brittany@straussborrelli.com

**Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiffs and the Putative Class*

[1] Defendant has represented that it does not oppose the requested relief in this Motion but does not concur with or admit to any of the allegations contained in the Complaint cited herein. For the avoidance of doubt, Defendant does not concede the factual basis for any claim asserted in the Complaint and denies liability.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2026, a copy of the foregoing has been filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.

*/s/ Gary M. Klinger*
Gary M. Klinger