(COURT USE ONLY)

RECEIPT NO. [ ]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

ANTHONY WEBSTER at el,

v.

BRADFORD- SCOTT DATA LLC d/b/a SHARETEC

Cause No. 1:24-cv-00117-HAB-ALT

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff

Party(s) Represented

Prefix (check one) ☒ Mr. ☐ Ms. ☐ Mrs.

Last Name: Wells First Name: Robert Bruce Grayson Middle Name/Initial K.

Generation (Sr, Jr, etc):

Firm Name: Stranch Jennings & Garvey PLLC

Street Address: The Freedom Center 223 Rosa L. Parks Avenue Suite/Room No.: 200

City: Nashville State: TN Zip: 37203

Office Telephone No.: (615) 254-8801 Fax No.:

E-Mail Address: complexlit@stranchlaw.com

## EDUCATION:

College: Park University Degree: B.S. in Computer Science Year Completed: 2010

Law School: Bloomington - Maurer School of Law Year Graduated: 2020

Other Post-Graduate Schooling: Master of Science in Cybersecurity Risk Management

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| See attachment A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attachment A | | |
| | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Robert Bruce Grayson K. Wells, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: Sep. 4, 2026

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: ______________________

______________________________________
Judge, U. S. District Court

Attachment A

# ATTORNEY ADMISSIONS

| **Court Admitted:** | **Date Admitted:** | **Bar ID:** |
|---|---|---|
| State Bar of Missouri | 09/16/2020 | 73068 |
| Tennessee Supreme Court | 01/14/2022 | 039658 |
| U.S.D.C. for the Western District of Tennessee | 09/27/2022 | No bar # Issued |
| U.S.D.C. for the Eastern District of Tennessee | 10/11/2023 | No bar # Issued |
| U.S.D.C. for the Middle District of Tennessee | 10/17/2022 | No bar # Issued |
| U.S.D.C. for the Eastern District of Missouri | 03/28/2023 | No bar # Issued |
| U.S.D.C. for the Western District of Missouri | 1/23/2026 | No bar # Issued |
| U.S.D.C. for the Eastern District of Wisconsin | 09/05/2024 | No bar # Issued |
| U.S.D.C. for the Western District of Wisconsin | 05/08/2025 | No bar # Issued |
| U.S.D.C. for the Central District of Illinois | 8/18/2025 | No bar # Issued |
| U.S.D.C. for the District of Colorado | 05/08/2025 | No bar # Issued |
| 6th Circuit Court of Appeals | 09/21/2023 | No bar # Issued |