# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTHONY WEBSTER
*on behalf of themselves and all others similarly situated*

MARK SMITH
*on behalf of themselves and all others similarly situated*

Plaintiffs

v.

Civil Action No. 1:24-cv-117

BRADFORD-SCOTT DATA, LLC
*doing business as* Sharetec

Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff___________________________________________________________________
recover from the defendant ________________________________________ the amount of_____________
dollars $__________, which includes prejudgment interest at the rate of __________% plus post-Judgment interest at the rate of _______ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant____________
recover costs from the plaintiff ____________________.

_X_ Other: This case is DISMISSED pursuant to the Final Approval Order entered in this case on October 15, 2026.

This action was (*check one):*

___ tried to a jury with Judge ______________________________________ presiding, and the jury has rendered a verdict.

___ tried by Judge ______________________________________ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A Brady on Motion for Final Approval of Class Action Settlement and a Motion for Approval of Fees, Expenses, and Service Award.

DATE: 10/21/2026

CHANDA J. BERTA, CLERK OF COURT

by s/A. Highlen

*Signature of Clerk or Deputy Clerk*